UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KODIE B PICKERING,

Defendant.

CVB Case No. 9:26-po-05026-KLD

Ticket No. F0I6000Y

Location Code: M2

Disposition Code:  PE

**JUDGMENT IN A CRIMINAL CASE**

The Defendant, KODIE B PICKERING, was present in court and entered a plea of No Contest to the charge of:

MISCELLANEOUS GENERAL OFFENSES, OTHER.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

- Defendant must pay a fine in the amount of $75.00 plus a $30.00 processing fee for a total of $105.00.

  ☐ The fine has been paid in full, receipt number   .

  ☒ Defendant must pay by check or money order payable to U.S. COURTS CVB and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278. Defendant may also pay online at www.cvb.uscourts.gov.

  ☒ The fine shall be paid as follows:  Defendant is required to pay a total of $105.00. The Defendant shall pay $50.00 on or before April 3, 2026,

1

and the remaining balance of $55.00 on or before May 1, 2026.

☐ A partial payment of $   has been made, receipt number   ,
leaving a balance due of $ .

Defendant is advised that pursuant to 18 U.S.C. § 3742(h) and Federal Rule of
Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence
imposed in this case to a United States District Court Judge within fourteen (14)
days after entry of judgment, by filing with the Clerk of District Court a statement
specifying the judgment from which the appeal is taken, and by serving a copy of
the statement upon the United States Attorney (personally or by mail) and filing a
copy with Magistrate Kathleen L. DeSoto.   If you appeal, you will be required to
pay a $39 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the
time of filing your appeal. You also will be required to furnish the District Court
Judge a copy of the record, which consists of the "original papers and exhibits in
the case together with any transcript, tape or other recording of the proceedings
and a certified copy of the docket entries which shall be transmitted promptly to
the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

Dated 17th day of March, 2026.

Kathleen L. DeSoto
United States Magistrate Judge

2